No. 74–6519. FITZPATRICK v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 74–6522. RICH v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–6523. WYNN v. HOPPER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 74–6525. JARBOE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74–6527. MORRIS v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 74–6528. JOHNSON v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 74–6529. WALKER v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 74–6530. PARKER v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 74–6531. MILLER ET AL. v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 74–6533. MUNCASTER v. BAPTIST, DISTRICT DIRECTOR OF INTERNAL REVENUE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–6535. KIPPERS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.